NUMBER 13-04-00659-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________
 
IN RE WILLIAM J. TINNING 
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, William J. Tinning, filed a petition for writ of mandamus in the above
cause on December 10, 2004. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 25th day of January, 2005.